UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$15,823.00 IN U.S. CURRENCY,<br><br>Defendant,<br><br>and<br><br>JAKE BRINKHAUS SPOLAR, and<br>NATASHA MUSSENDEN SPOLAR,<br><br>Claimants. | Case No. 25-mc-16(___/___)<br><br>**STIPULATION TO EXTEND TIME TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS** |

The Plaintiff and the Claimants stipulate, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture until October 3, 2024.

1. On November 20, 2024, members of the West Metro Drug Task Force ("WMDTF") and the U.S. Drug Enforcement Administration ("DEA") executed a search and seizure warrant at a residence in Maple Grove, MN.

2. The search included the seizure of various controlled substances and approximately $15,823.00 in U.S. Currency ("the Defendant Currency").

3. DEA commenced administrative forfeiture proceedings for the Defendant Currency and sent written notice to all known interested parties of its intent to forfeit the currency.

4. On February 14, 2025, the Claimants' attorney, Craig Cascarano, filed claims for the Defendant Currency on their behalf.

5. The time has expired for any other person to file a claim for the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claims for any portion of the currency have been received from any other individual or entity.

6. Under 18 U.S.C. § 983(a)(3)(A), the government has 90 days after a claim has been filed in an administrative action to bring a civil complaint for forfeiture, "except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties." The current deadline is May 15, 2025.

7. The parties to this agreement request additional time so they can discuss potential settlement, and so they can allow related a related state court case to proceed and to determine its implications with respect to the Defendant Currency.

8. The parties agree to extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the

Defendant Currency for a period of 90 days, until and including August 15, 2025, in order to discuss a potential resolution of the case.

Dated: 4/10/2025						LISA D. KIRKPATRICK
								Acting United States Attorney

								*s/Craig Baune*
								BY:   CRAIG R. BAUNE
								Assistant U.S. Attorney
								Attorney ID No. 331727
								600 United States Courthouse
								300 South Fourth Street
								Minneapolis, MN 55415
								Phone:   612-664-5600
								Craig.baune@usdoj.gov


Date: 3/13/2025						CASCARANO LAW OFFICE

								*s/Craig Cascarano*
								BY: CRAIG E. CASCARANO, Esq.
								Attorney ID No. 15544
								150 South Fifth Street, Ste. 2860
								Minneapolis, MN 55402
								612.333.6603

								Attorney for Claimants
								Jake Brinkhaus Spolar
								Natasha Mussenden Spolar